# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SCOTT THEIS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>GRACO INC. and DOES 1-50,<br><br>　　　　　Defendants. | Case No. 2:17-cv-02354-SVW-FFM<br><br>**JUDGMENT**<br><br>Judge:　Hon. Stephen V. Wilson |

The Motion for Summary Judgment of Defendant GRACO INC., after consideration of the submissions of the parties and after hearing oral argument, was granted by this Court on September 25, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that Plaintiff, JASON SCOTT THEIS, will take nothing by the operative complaint as and against Defendant, GRACO INC. and Judgment is hereby entered in favor of Defendant, GRACO INC.

DATED: October 19, 2017

_/s/ Stephen V. Wilson_
HON. STEPHEN V. WILSON
JUDGE OF THE UNITED STATES
DISTRICT COURT

JUDGMENT